ORIGINAL

United States District Court

Joseph F. Kennedy
1150 Castleton Av.
Staten Island, NY
10310. USA.
Tel:( 347)794-5155

Complain:
Discrimination against
national origin because
Plaintiff 100% is JEW

PLAINTIFF,  



RECEIVED
FEB 22 2013
PRO SE OFFICE

AMON, CH.J.

---- Against-----
COUNTRIES OF:
England, France, Germany, Russia, Italy, Spain, Canada,
China, Japan, Azerbaijan, Kazakhstan, Uzbekistan, Tajikistan,
Ukraine, Byelorussia, Georgia, Latvia, Lithuania, Moldova,
Turkmenistan, Armenia, Estonia, Kirgizistan, Moldova, Australia,
Austria, Belgium, Brazil, Mexico, Israel, Argentina, Denmark,
Finland, Sweden, Switzerland, Saudi Arabia, Netherland, India,
Greece, Chile, Cuba, Portugal, Poland, Scotland, Taiwan,
Hong Kong, S. Korea, Ireland, Iceland, Hungary, Romania,

DEFENDENTS.

---

Plaintiff demands :$10,000,000.00 from every (each) Defendant.

---

Plaintiff is filing a lawsuit in Federal court because the case is based on a violation of
Federal law. 28U.S.C. § 1331.

---

1. According to Mark Twin book " Adam dairy ", on the pages 86 and 89, all world's
people are hate a Jew.
2. According to former Russian President and former KGB chief V. Putin ( KGB, CIA
and FBI chiefs must know secret coded Torah ) Jewish did blow up buildings in Russia.
Putin is always speaking the secret coded language .Chechnya is meaning chunya (pig
from Russian language or Jew). When Putin ordered to kill Anna Politkovskaya who was
born in U.S., KGB snitch Kadyrov killed her on Putin's birthday 10-7. Beside Putin
nobody wants to rename the city Volgograd to Stalingrad, Stalin's wife's last name was
swine .You cannot the cast the pearls in front of swine, Jew does not take the
bribe .Royal city was renamed to Stalingrad. Putin knows, that Stalin did not order to kill
or convict anybody, he did not go to his mother funeral because secret service said, no.
Secret service punished people ( some times innocent people ) because Stalin was End
of the world (12-21-12 was predicted end of the world, his birthday). The earth could
collapse if Stalin(Timur) could be killed. Hitler could get Moscow very easy, but secret

service got involved . We got Chernobl tragedy because "Holocaust Jews" did perform not necessary surgery to Plaintiff's daughter. Vladimir Vladimirovich is changing his profession . Spitak meaning same pig was touched.

3. According to Sholokhov –Rastorguev-Lube , first to die was NovoHudoNosyr on Grozny-Stalin's birthday.

4. All Defendants , countries ' Presidents and news agencies are speaking secret code languages . They know that Michael Phelps 's all gold medals are meaning all Plaintiff's Noble prizes , all Phelps ' victories was set up . Same as victories of Maria Sharapova , Serena Williams and Jokovich. From Russian criminal language , the swimming person , the person who runs the organization , but his name not on the list , like Puppeteer . All famous sportsmen belong to " Holocaust Jews" ' mafia ( for instance Sandusky trial ).

5. At Federal Detention center in Detroit at year 2000, Plaintiff red the secret coded information and said: " Tomorrow airplane will disappear in U.S. and not any body will be recovered because humans will be used for organ transplantation . On 1-10-2000, after Alaska airplane crashed only six did recovered , that were hundred witnesses : Brain Chase , Mark Gordon …

6. U.S. marshal did threat to kill Plaintiff and was asking to predict some any sport result , Plaintiff did and Anna Kurnikova won her first tournament , she did play double in " Kubok kremlia " tournament, Detroit " Red wings " won Stanly cup ,that was many witnesses: Costa Radanovich and Beny and more . Dick Cheyne got his heart from " Children " .

7. Plaintiff got his synthetic heart by following the Torah rule( one of the Plaintiff's Noble prizes ) . WE must take two tablets only (Moses got only two tablets ) , first: no adultery for five years , second : follow the Saturday rule for five years , six days we work , seventh day to God. Jesus was crucified on 7-14 , 7th part or 14% of income , God only one. Yitzhak Rabin died in the same day , when Plaintiff got his heart , in Mayommity hospital , New York , New ( Yorak –heart from Turk).

8. According to Sholokhov-Mark Twin , wild animals never gets sick , because do not have to follow the Torah's rule , how come two years baby got cancer ? Because the parents do not follow the rule of Torah (page 194). Only your computer –soul making you sick , you making sick the parents and home animals , body cannot fill the pain , computer soul only will kill you(page 186).Only computer treat your body

Medication never treat your body (inspire) . Some doctors treat the patients with the bread made pills(page 196). According to the page 185 the death is not exist , computer is making you old , you cannot determine how old animals is . Bloomberg (nickname One cent ) will pay one billion contribution when he put big stationary air-condition in his car to safe money on gasoline ???.

6A. Plaintiff red the coded information and said :" Princess Diana going to die because fake Queen Elizabeth did order to kill her". Witnesses: Vadim Terehov, Evgeny, Serezha, Alexandr at the " Franklin " apartments , Southfield city , MI. According to Nostradamus-Hillary Clinton (see Plaintiff's amended complaint case:12CV-5105 ) that was coded information before 9-11-01 because not any " Holocaust Jew" came to work on September 11,2001.

9. Plaintiff's one more of the Noble prizes was proof , that Peter the Great 's two wives and three children are same reincarnated royal Romanov family witch was assassinated by KGB on 7-18-1918, explosion on 7-18-2012 in Sofia city ( Catherine the Great is real name ) where five citizens of Israel died , telling us , that from six world's real royal persons , five is Jews ( meaning each of them got two computer-souls ) and one is Russian . The word Russian came from the word "Rys'" , constellation of " Rys' ". Russian Christen must have four computers . Black (chyor is four from Farsi) is chyor-ny from Russian language , the letter N( is H from Russian alphabet ) not is reading . Kora-n is black from Turk , Tor-ah (tor is four fro Turk) . When Plaintiff did proof that Koran and Torah is same meaning Alien or Allah , Schwartz (black from Yiddish )puppet Barack Obuma got Plaintiff's Noble prize . Jimmy Carter also stole Plaintiff's Noble prize because has same day of birth with the Plaintiff.

10. The second wife of the Peter the Great was servant (Egypt girl Hagar , first is Sarah Lopuhina was born 11-27-1993) Catherine the first , reincarnated Catherine the Great because her husband's Peter third birthday did match with day of marriage of Catherine first , 2-9-1712 and 2-21-1728 (21 is 9). Catherine the Great gave a birth to Pavel (reincarnated the Peter the Great ) on 10-1-1754 – 3-23-1801 (23 is 11). Plaintiff's daughter's husband was born 7-25, Peter the Great died on 1725, daughter Leah Catherine was born on 1-7-1987 . Gagarin went to the space on her birthday 4-21-(old style , new 5-1) read backward 12-4.

11. Government of Israel know very well , that nobody can touch the fruits in the middle of the garden . German born Sofia Augusta Fredirica was born exactly in the middle of the year (garden from Turk) 7-1-1987 .

12.U.S. immigration officer gave to her fiancée visa , even officer knew she is Plaintiff's daughter and Plaintiff could bring her to U.S. like U.S. citizen's daughter faster than fiancée.

13. U.S. provided her with all necessary documents to come to U.S. without government of Israel's permission and Plaintiff bought to her ticket to fly to U.S. , but Massed made her informant and did not let her go to U.S. , because need to open second front in Iran (first Syria ) by blame Iran in terrorism , because Bibi needs to cook " Bloody matzo ". Plaintiff cannot see his five children , cannot talk with them ,cannot get his passport ,because "Holocaust Jews" not let him see his children.

14. Fake Jew FBI agent Mark Hoffman took Plaintiff's U.S. passport on 3-11-1999, when Plaintiff was arrested (because we got the tsunami in Japan on 3-11) and did not give a back passport , even passport expiration year was 2007.

15. Hoffman said: " Judge will give to you a $700 bail and do not come back to court , only in the movie the Evrey ( Zakonick or Jew from Russian criminal language) going to jail voluntarily three times (three escapes )".
Plaintiff said to Judge Gaddola , he is predicted Princess Diana death, because got no bail from judge .

16. We got hurricane "Sandy" (resurrection from Russian) because Plaintiff has crazy and criminal records . The "Children" gave the name " Sandy " to hurricane because know why we got a hurricane in Sataten Island and New Jewrsey .
Eggs must build they own planet and then only they can make any rules they want on that planet .(case 13-CV-287). Eggs cannot be smart than chicken .

17. Real Queen Evdokia-Sarah-Lopukhina cannot to be touched because we got airplane crash in Queens on 11-12-2001 , by Jewish calendar 2-28, same day Lopukhina got married to Peter the Great and her son Alexei was born at same day . By old style 2-18, the U.S. President's day. Again meaning telling us that Russian (JFK) and five Queens died , on the ground five people died in Queens, flight 587.

18. Boron artificially children from stolen sperm cannot be born royal(Jew) case 13-CV-657 , but cannot to be touched , Chelsea Clinton was born in the same day 2-27, Sasha Obama was born 6-10 -2001 and Tania Romanov was born 6-10 1897.

3A.     Kadyrov's victory's secret : Russian people cannot understand how come Kadyrov got " Star of Hero " from Putin . Answer: Because Kadyrov understand the " English " very well . Polish Pope knew the " English " also because said, MAKEDONSKY was not gay .German Pope Benidict , chief of CIA and chief of secret service never did read the bible because do not know that gay marriage is punishable by stone (Satan ), not by resignation .

19.    Christmas tree-Horse (Plaintiff's wife's nickname ) testified in front of Federal prosecutor (prosecutor will be the witness ) and in front of fake Jewish Pilat Borman ,who hates pink (Roza or Yom Kippur) oil , on Nisan 14, 2000 , that 45 informers of " Holocaust Jews "' mafia , did rape her .
First rapist was Lubavich rabbi of Eastern of Michigan Isroel Weingarten . According to victim's words rabbi said , he will tell to her husband some dirty secrets about her , if she refuse to sleep with him .She filed the criminal complaint and some rapist was arrested but nobody was convicted .

20.After Magnitsky act the Russians created secret coded law :U.S. people cannot adopt the Russian children , this is meaning , U.S. mafia members ( "Children") can be jailed in Russia , do not untouchable any more . Cockroaches in the jar from the movie " Men (I am from Turk) in black . Now only Jewish "Get" (Gott from German language ) can help. Every killed child in Beslan, Newtown and Oklahoma , meaning one more person became member of " Children" 's mafia.           CONCLUSION:
All 51(15 is crucified from Russian) Defendants are one same mafia who got coded names : " Holocaust Jews" , " Children" or " Zhidy Masony " . This mafia is torturing , raping and Discriminating the Plaintiff's family . Not any news agency from any country said a word about Plaintiff's family . Happy Purim with Aman . I am the Master declare under penalty of perjury in front of Germany notary Margaret Swine this information true.

------------------------------------------------------------------------

I DECLARE UNDER PENALTY OF PERJURY THIS IFORMATION TRUE AND CORRECT; All four pages.

2-22-13                         Joseph F. Kennedy  *Joseph Kennedy*

**State of New York**
**County of New York**

Sworn to before me this
___ day of ___ 2013

Notary public  *[signature]*

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 2014

P. 5